**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6745**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL T. MCGEE,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:13-cr-00023-FPS-JES-1)

Submitted: September 29, 2016      Decided: October 4, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael T. McGee, Appellant Pro Se. Robert Hugh McWilliams, Jr., Assistant United States Attorney, William J. Ihlenfeld, II, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. McGee appeals the district court's order granting as framed his Fed. R. Crim. P. 36 motion to correct a clerical error in the transcript of his jury trial proceedings. We have reviewed the record and find no reversible error. The court's correction of the trial transcript is supported by other record documents. Accordingly, we affirm for the reasons stated by the district court. <u>United States v McGee</u>, No. 5:13-cr-00023-FPS-JES-1 (N.D. W. Va. May 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>